*The President, Directors and Company of the Merchants and Mechanics Bank* v. *Walter S. Griffith.* I. McCONIHE, for Complainants; J. RHOADES, for defendant. Order of Oct. 23d vacated and set aside, without costs to either party; and application for the appointment of a receiver dismissed, but without prejudice to the right to renew it upon an amended bill. Or complainants to be at liberty to dismiss their bill, on payment of costs, and to issue a new execution to county where defendant resides.